## HOWELL v. DONEGAN.

(Supreme Court, General Term, First Department.   January 12, 1894.)

Action by James E. Howell against William Donegan.
Argued before VAN BRUNT, P. J., and O'BRIEN and PARKER, JJ.
No opinion.   Motion denied, with $10 costs.   See 26 N. Y. Supp. 805.

---

## LEDERER, Appellant, v. TRIBUNE ASS'N et al., Respondents.

(Supreme Court, General Term, First Department.   January 12, 1894.)

Action by George W. Lederer against the Tribune Association and another.
Argued before VAN BRUNT, P. J., and O'BRIEN and PARKER, JJ.
I. L. Bamberger, for appellant
H. W. Sackett, for respondents.
No opinion.   Order affirmed, with $10 costs and disbursements.

---

## McCARTHY, Appellant, v. SULLIVAN, Respondent.

(Supreme Court, General Term, First Department.   January 12, 1894.)

Action by Mary McCarthy, as administratrix, etc., against Thomas J. Sullivan.
Argued before VAN BRUNT, P. J., and O'BRIEN and PARKER, JJ.
G. F. Langbein, for appellant.
E. W. S. Johnston, for respondent.
No opinion.   Order affirmed, with $10 costs and disbursements.

---

## MOONELIS et al., Appellants, v. SMITH, Respondent.

(Supreme Court, General Term, First Department.   January 12, 1894.)

Action by Adolph Moonelis and another against James E. Smith.
Argued before VAN BRUNT, P. J., and O'BRIEN and PARKER, JJ.
Mr. Arnold, for appellants.
E. W. S. Johnston, for respondent.
No opinion.   Order affirmed, with $10 costs and disbursements.

---

## RAFOLOVITZ v. AMERICAN TOBACCO CO.

(Supreme Court, General Term, First Department.   January 12, 1894.)

Action by Joseph Rafolovitz against the American Tobacco Company.
Argued before VAN BRUNT, P. J., and O'BRIEN and PARKER, JJ.
Charles F. Holm, for plaintiff.
Oudin & Oakley, for defendant.
No opinion.   Motion granted, with $10 costs.   See 23 N. Y. Supp. 274; 25
N. Y. Supp. 1036.